

**Dated: March 27, 2012,  08:00 AM**

**The following is ORDERED:**

Niles Jackson
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                                   CHAPTER 13

PAMELA DENISE RICHEY                      CASE NO. 12-10827 NLJ

SSN: XXX-XX-2122

_____
ORDER TO EMPLOYER TO PAY TRUSTEE
_____

   The above-named debtor(s) have filed a petition under Chapter 13 of
the Bankruptcy Code and have submitted future income to the jurisdiction
of this Court.
   IT IS, THEREFORE, ORDERED that until further notice of this Court the
entity from whom the debtor receives income:

                  DEPARTMENT OF HUMAN SERVICES
                  ATTN: PAYROLL DEPT/BARB MURPHY
                  PO BOX 25352
                  OKLAHOMA CITY, OK            73125
shall deduct from said income the sum of $       1,900.00  MONTHLY
beginning on the next day following receipt of this order and deduct a
similar amount MONTHLY           and to remit the deductible sums
IMMEDIATELY after each such pay period to:
                  JOHN HARDEMAN, CHAPTER 13 TRUSTEE
                     P.O. BOX 613309
                     MEMPHIS, TN 38101-3309

   IT IS FURTHER ORDERED that all income of the debtor, except the amounts
required to be withheld for taxes, social security, insurance, mandatory
pension, union dues, repayment of a pension loan, or as a result of
another Order of this Court be paid to the debtor in accordance with
usual payment procedure.
   IT IS FURTHER ORDERED THAT NO DEDUCTIONS FOR ACCOUNT OF A GARNISHMENT,
WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED
BY THIS COURT CAN BE MADE FROM THE INCOME OF SAID DEBTOR. HOWEVER, THE
WITHHOLDING OF FUNDS FOR THE PAYMENT OF A DOMESTIC SUPPORT OBLIGATION PURSUANT

TO AN ORDER OR A STATUTE DIRECTING SUCH WITHHOLDING IS SPECIFICALLY
AUTHORIZED BY THIS COURT.

    IT IS FURTHER ORDERED that this order supercedes previous orders
directing payment of a fixed sum from the debtor's wages each pay period.

    IT IS FURTHER ORDERED that the Trustee is hereby authorized to notify
the above-mentioned employer with any payroll deduction changes that may
occur throughout the remainder of this Chapter 13 case, or to terminate
order upon Debtor being no longer a debtor under Chapter 13, or appropriate
cause.

###

APPROVED BY AND SUBMITTED BY:


/s/ John Hardeman
_____
CHAPTER 13 TRUSTEE
PO BOX 1948
OKLAHOMA CITY, OK 73101
(405)236-4843
trustee@chp13okc.com                                    #896/EW